

# NUMBER 13-21-00445-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**JOSHUA JACOB DAVENPORT,**                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                   **Appellee.**

## On appeal from the 36th District Court
## of Aransas County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Justice Benavides**

This cause is before the court on appellant's motion to dismiss this appeal. We find the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a)(1). *See* TEX. R. APP. P. 42.2(a)(1). Accordingly, without passing on the merits of the case, we grant the motion and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed on the
3rd day of February, 2022.

2